PEOPLE ex rel. AMERICAN MFG. CO., Respondent, v. O'DONNEL et al., Com'rs, Appellants. (Supreme Court, Appellate Division, Second Department. March 12, 1909.) Proceedings by the people of the state of New York, on the relation of the American Manufacturing Company, against Frank A. O'Donnel and others, commissioners, etc. (taxes of 1904). No opinion. Motion denied, without costs.

PEOPLE ex rel. AMERICAN MFG. CO., Respondent, v. O'DONNEL et al., Com'rs, Appellants. (Supreme Court, Appellate Division, Second Department. March 12, 1909.) Proceedings by the people of the state of New York, on the relation of the American Manufacturing Company, against Frank A. O'Donnel and others, commissioners, etc. (taxes of 1905). No opinion. Motion denied, without costs.

PEOPLE ex rel. AMERICAN MFG. CO., Respondent, v. WELLS et al., Com'rs, Appellants. (Supreme Court, Appellate Division, Second Department. March 12, 1909.) Proceedings by the people of the state of New York, on the relation of the American Manufacturing Company, against James L. Wells and others, as commissioners, etc. (taxes of 1903). No opinion. Motion denied, without costs.

PEOPLE ex rel. BROOKLYN HEIGHTS R. CO. v. COLER, Borough President. (Supreme Court, Appellate Division, Second Department. March 12, 1909.) Appeal from Special Term, Kings County. Mandamus by the people, on relation of the Brooklyn Heights Railroad Company, against Bird S. Coler, president of the borough of Brooklyn. From an order granting a peremptory writ, defendant appeals. Affirmed. James D. Bell, for appellant. Charles L. Woody, for respondent.

BURR, J. The validity of the consent given on February 5, 1894, by the highway commissioners of the town of Flatlands, to the construction of a street surface railroad upon Nostrand avenue, from the line dividing the former towns of Flatbush and Flatlands to the line of division between said town of Flatlands and the former town of Gravesend, has recently been considered by this court, and its validity affirmed. People ex rel. Westminster Heights Co. v. Coler, 121 App. Div. 293, 105 N. Y. Supp. 887. The relator is clearly entitled to maintain this proceeding, if such consent was valid. The order appealed from should be affirmed, with $10 costs and disbursements.

PEOPLE ex rel. CHAPMAN v. PYE et al. (Supreme Court, Appellate Division, Fourth Department. January 20, 1909.) Proceedings by the people of the state of New York, on the relation of Frank B. Chapman, against Frank Pye and others, as board of trustees of village of Charlotte.

PER CURIAM. Ordered that the issue of fact raised herein as to whether A. Guy Hirsch was authorized to appear for and represent the said relator at the hearing before the board, or to accept service of notice of such hearing, be referred to Ernest B. Millard, Esq., to take the proofs thereon and return the same to this court, together with his opinion thereon.

PEOPLE ex rel. CUNNINGHAM et al., Respondents, v. FEITNER et al., Com'rs, Appellants. (Supreme Court, Appellate Division, Second Department. March 12, 1909.) Proceedings by the people of the state of New York, on the relation of Mary H. Cunningham and others, against Thomas L. Feitner and others, commissioners, etc. (taxes of 1901). No opinion. Motion denied, without costs.

PEOPLE ex rel. CUNNINGHAM et al., Respondents, v. FEITNER et al., Com'rs, Appellants. (Supreme Court, Appellate Division, Second Department. March 12, 1909.) Proceedings by the people of the state of New York, on the relation of Mary H. Cunningham and others, against Thomas L. Feitner and others, as commissioners of taxes and assessments, etc. (taxes of 1900). No opinion. Motion denied, without costs.

PEOPLE ex rel. CUNNINGHAM et al., Respondents, v. WELLS et al., Com'rs, Appellants. (Supreme Court, Appellate Division, Second Department. March 12, 1909.) Proceedings by the people of the state of New York, on the relation of Mary H. Cunningham and another, against James L. Wells and others, as commissioners, etc. (taxes of 1902). No opinion. Motion denied, without costs.

PEOPLE ex rel. DENT v. BOGART, Com'r. (Supreme Court, Appellate Division, First Department. March 19, 1909.) Proceedings by the people of the state of New York, on the relation of Lydia A. Dent, against John N. Bogart, commissioner, etc. H. M. Wald, for relator. No opinion. Writ sustained, and proceedings annulled, with $50 costs and disbursements. Settle order on notice.

PEOPLE ex rel. DILLON et al., Appellants, v. MOIR, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 27, 1909.) Proceedings by the people of the state of New York, on the relation of Charles Dillon and Charles J. Brown, as trustees of the village of Marcellus, against Edward Moir, as president of the village of Marcellus. No opinion. Order (115 N. Y. Supp. 1029) affirmed, with costs.

PEOPLE ex rel. HOPE v. CHARLTON INDUSTRIAL FARM SCHOOL et al. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Proceedings by the people of the state of New York, on the relation of Maie A. Hope, against the Charlton Industrial Farm School and others. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. HULSHOF, Appellant, v. BOARD OF EDUCATION et al., Respondents. (Supreme Court, Appellate Division, First Department. February 26, 1909.) Proceedings by the people of the state of New York, on the relation of John L. Hulshof, against the board of education and another. J. E. O'Brien, for